|  |  |
|---|---|
| Anna Beavon Gravely | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| Americans for Prosperity | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Americans for Prosperity who is Defendant ,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    YES  ○          NO  ●

2.  Does party have any parent corporations?

    YES  ○          NO  ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES  ○          NO  ●

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES  ◯          NO  ⦿

If yes, identify entity and nature of interest:

5.  Is party a trade association?

YES  ◯          NO  ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Randall Avram

Date: May 12, 2020

[Finalize Form]  [Reset Form]