IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00197-D

| | |
|---|---|
| ANNA BEAVON GRAVELY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICANS FOR PROSPERITY,<br><br>    Defendant. | JOINT MOTION FOR ENTRY OF<br>CONSENT PROTECTIVE ORDER<br>FED R. CIV. P. 26(C) |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Anna Beavon Gravely ("Plaintiff") and Defendant Americans for Prosperity ("Defendant") (each a "Party" and collectively, the "Parties") jointly move for the entry of a Consent Protective Order. The Parties assert that a protective order is necessary to protect the confidential and proprietary information of the Parties, including the private employment information of Plaintiff and Defendants' employees. In the interest of furthering discovery, and for the mutual protection of the Parties, the Parties respectfully request that the Court enter the Consent Protective Order, attached as Exhibit 1.

Respectfully submitted this 23rd day of April, 2021.

| | |
|---|---|
| KORNBLUTH GINSBERG LAW GROUP, P.A. | KILPATRICK TOWNSEND & STOCKTON LLP |
| */s/ Michael Kornbluth* | */s/ Brodie D. Erwin* |
| Michael Kornbluth (NC Bar No. 27928) | Brodie D. Erwin (NC Bar No. 44368) |
| Joseph E. Hjelt (NC Bar No. 53497) | Kayla Frederickson (NC Bar No. 51195) |
| 3400 Crossdale Drive, Suite 300 | 4208 Six Forks Road, Suite 1400 |
| Durham, NC 27705 | Raleigh, NC 27609 |
| Telephone: (919) 401-4100 | Telephone: (919) 420-1818 |
| Facsimile: (919) 401-4104 | Facsimile: (919) 710-8226 |
| Email: mkornbluth@kglaw.com | Email: BErwin@kilpatricktownsend.com |
|       jhjelt@kglawnc.com |       KFrederickson@kilpatricktownsend.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*     ` |

1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Joseph E. Hjelt
jhelt@kglawnc.com
Michael Kornbluth
mkornbluth@kglaw.com
Kornbluth Ginsberg Law Group, P.A.
3400 Crossdale Drive, Suite 300
Durham, NC 27705
*Attorneys for Plaintiff*

This the 23rd day of April, 2021.

                                          */s/ Kayla Frederickson*
                                          Kayla Frederickson (NC Bar No. 51195)
                                          Kilpatrick Townsend & Stockton, LLP
                                          4208 Six Forks Road, Suite 1400
                                          Raleigh, NC 27609
                                          Telephone: (919) 420-1818
                                          Facsimile: (919) 710-8226
                                          Email: KFrederkickson@kilpatricktownsend.com
                                          *Attorney for Defendant*