IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:20-cv-197

| | |
|---|---|
| **ANNA BEAVON GRAVELY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **AMERICANS FOR PROSPERITY**, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATED DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiff Anna Beavon Gravely, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the consent of Defendant, and hereby files this Stipulation of Dismissal with Prejudice, dismissing all claims she has against Defendant with prejudice. Each party shall bear its own attorney's fees and costs.

This the 27th day of September, 2021.

                                                KORNBLUTH GINSBERG LAW GROUP, P.A.

                                                /s/ Michael Kornbluth
                                                Michael Kornbluth (N.C. Bar No. 27928)
                                                3400 Croasdaile, Dr., Ste. 300
                                                Durham, NC 27705
                                                Telephone: (919) 401-4100
                                                Facsimile: (919) 401-4104
                                                Email: mkornbluth@KGLAWNC.com
                                                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Brodie D. Erwin (NC Bar No. 44368)
>Kayla Frederickson (NC Bar No. 51195)
>4208 Six Forks Road, Suite 1400
>Raleigh, NC 27609
>Telephone: (919) 420-1818
>Facsimile: (919) 710-8226
>Email: berwin@kilpatricktownsend
>        kfrederickson@kilpatricktownsend
>*Attorneys for Defendant*

This the 27th day of September, 2021.

>KORNBLUTH GINSBERG
>LAW GROUP, P.A.
>
>/s/ Michael Kornbluth
>Michael Kornbluth (N.C. Bar No. 27928)
>3400 Croasdaile, Dr., Ste. 300
>Durham, NC 27705
>Telephone: (919) 401-4100
>Facsimile: (919) 401-4104
>Email: mkornbluth@KGLAWNC.com
>*Attorneys for Plaintiff*