# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NO. 5:20-cv-197

| | |
|---|---|
| **ANNA BEAVON GRAVELY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **AMERICANS FOR PROSPERITY**, | ) |
| | ) |
| Defendant. | ) |

_____

## AMENDED STIPULATED DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff Anna Beavon Gravely, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the consent of Defendant, and hereby files this Stipulation of Dismissal with Prejudice, dismissing all claims she has against Defendant with prejudice.  Each party shall bear its own attorney's fees and costs.

This the 28th day of September, 2021.

KORNBLUTH GINSBERG LAW GROUP, P.A.

/s/ Michael Kornbluth
Michael A. Kornbluth (N.C. Bar No. 27928)
Joseph E. Hjelt (N.C. Bar No. 53497)
3400 Croasdaile, Dr., Ste. 300
Durham, NC 27705
Telephone:  (919) 401-4100
Facsimile: (919) 401-4104
Email: mkornbluth@KGLAWNC.com
        jhjelt@KGLAWNC.com
*Attorneys for Plaintiff*

KILPATRICK TOWNSEND

/s/ Brodie D. Erwin
Brodie D. Erwin (NC Bar No. 44368)
Kayla Frederickson (NC Bar No. 51195)
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1818
Facsimile: (919) 710-8226
Email: berwin@kilpatricktownsend
        kfrederickson@kilpatricktownsend
*Attorneys for Defendant*

1

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this date filed the foregoing document with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Brodie D. Erwin (NC Bar No. 44368)
Kayla Frederickson (NC Bar No. 51195)
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1818
Facsimile: (919) 710-8226
Email: berwin@kilpatricktownsend
    kfrederickson@kilpatricktownsend
*Attorneys for Defendant*

This the 28th day of September, 2021.

KORNBLUTH GINSBERG
LAW GROUP, P.A.

/s/ Michael Kornbluth
Michael Kornbluth (N.C. Bar No. 27928)
3400 Croasdaile, Dr., Ste. 300
Durham, NC 27705
Telephone: (919) 401-4100
Facsimile: (919) 401-4104
Email: mkornbluth@KGLAWNC.com
*Attorneys for Plaintiff*

2